APEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Brian Williams
(Please print)

STREET ADDRESS: 1221 6th St

14C50163

CITY/STATE/ZIP: Rockford Il 61104

PHONE NUMBER: 815-987-0373

CASE NUMBER: _____

Signature: Brian Williams    Date: 7/28/2014

REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

 I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

brianrss@hotmail.com
E-Mail Address

FILED
JUL 28 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT