## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Brian Williams, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 14 C 50163 |
| | ) | |
| Diversified Consultants, Inc., | ) | |
| | ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## <u>ORDER</u>

Plaintiff to personally appear on August 15, 2014, at 9:00 a.m. on the in forma pauperis application. Failure to appear may result in denial of the application and dismissal of the case.

Date: 8/1/2014                    ENTER:

_____

FREDERICK J. KAPALA

District Judge