# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| Brian Williams, | |
| Plaintiff(s), | |
| v. | Case No. 14 C 50163 |
| | Judge Frederick J. Kapala |
| Diversified Consultants, Inc., | |
| Defendant(s). | |

## ORDER

Motion hearing held. Plaintiff's application to proceed in forma pauperis [3] is granted. This case is referred to Magistrate Johnston for all pretrial matters.

00:20

Date: 8/15/2014

Frederick J. Kapala
United States District Judge